889 A.2d 1167

**In the Matter of Nancy M. BONNER.**

**No. 1085 DISC 3.**

Supreme Court of Pennsylvania.

Dec. 29, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of December, 2005, the Joint Petition to Temporarily Suspend an Attorney is granted and,

pursuant to Rule 214, Pa.R.D.E., Nancy M. Bonner is placed on temporary suspension and she shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.